

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00917-CR

Eberto A. **MENDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5500
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On May 24, 2011, the trial court signed a Judgment of Conviction by Court-Waiver of Jury Trial, suspended appellant's sentence and placed him on community supervision. On November 5, 2014, the trial court entered a Judgment Revoking Community Supervision. Appellant seeks to appeal this judgment. In accordance with Texas Rule of Appellate Procedure 25.2(d), the trial court signed a Certification of Defendant's Right of Appeal. *See* TEX. R. APP. P. 25.2(d). The certification states that the underlying case "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal."

A defendant has a limited right to appeal the revocation of his community supervision. *See* TEX. CODE CRIM. PROC. ANN. art. 42.12, § 23. Therefore, it appears the trial court's certification that this "is a plea-bargain case, and the defendant has NO right of appeal" may be defective. *See id*; *see also* TEX. R. APP. P. 37.1.

The trial court's certification also states "the defendant has waived the right of appeal." The clerk's record contains no such waiver. A reporter's record from the revocation hearing, if any, has not been filed. Accordingly, if defendant waived his right of appeal the revocation, the trial court is directed to file a supplemental clerk's record or reporter's record evidencing the waiver.

In the interest of justice, we abate this appeal until <u>January 30, 2015</u> to allow the trial court to determine whether it should amend its Certification of Defendant's Right of Appeal and to file any supplemental record.

The trial court is hereby ORDERED to file any supplemental record and, if necessary, an amended Certification of Defendant's Right of Appeal no later than February 13, 2015.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

Keith E. Hottle
Clerk of Court